IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL LISENBY** | : CIVIL ACTION |
| | : |
| | : |
| v. | : NO. 24-1803 |
| | : |
| **OLYMPUS CORPORATION OF THE AMERICAS, et al.** | : |
| | : |

### ORDER

**AND NOW,** this 25th day of February, 2025, it is **ORDERED** that:

1. The Defendants' Motion to Dismiss the Amended Complaint [Doc.10] is **GRANTED**.

2. Count One is **DISMISSED** with prejudice.

3. Counts Two and Three are **DISMISSED** without prejudice.

4. The Defendants' Motion to Dismiss the original Complaint [ Doc. 8] is **DENIED** as moot.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.